# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number: 14-cr-00384-RBJ-01 |
| | USM Number: 23565-047 |
| SETH ROLAND<br>a/k/a "Skeet" | David Edward Johnson, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 8, and 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 05/27/14 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violation 9 and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 20, 2015
Date of Imposition of Judgment

*/s/ R. Brooke Jackson*
Signature of Judge

R. Brooke Jackson, U.S. District Court Judge
Name & Title of Judge

10-27-15
Date

DEFENDANT: SETH ROLAND
CASE NUMBER: 14-cr-00384-RBJ-01                                        Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Possession and Use of a Controlled Substance | 06/27/14 |
| 3 | Possession and Use of a Controlled Substance | 07/25/14 |
| 4 | Possession and Use of a Controlled Substance | 08/20/14 |
| 5 | Possession and Use of a Controlled Substance | 08/20/14 |
| 6 | Possession and Use of a Controlled Substance | 10/27/14 |
| 7 | Possession and Use of a Controlled Substance | 10/27/14 |
| 8 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 10/03/14 |
| 10 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 04/10/15 |

DEFENDANT:  SETH ROLAND  
CASE NUMBER:  14-cr-00384-RBJ-01　　　　　　　　　　　　　　　　　Judgment-Page 3 of 3

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eleven (11) months.

    The court recommends that the Bureau of Prisons credit the defendant with 183 days time served in presentence confinement.

    The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

 

_____  
UNITED STATES MARSHAL

By_____  
Deputy United States Marshal